DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Jacques Cancio Delacruz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>       v.                   )<br>                            )<br>                            )<br>JACQUES CANCIO DELACRUZ      )<br>                            )<br>                            )<br>            Defendant.      )<br>_____) | No. CR S-06-175 WBS<br><br>**STIPULATION AND ORDER**<br><br>Date: July 19, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Lawrence Brown, and defendant Jacques Delacruz, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for June 21, 2006 at 9:00 AM be vacated and a new date of July 19, 2006 at 9:00 AM be set for status.

The initial appearance in this matter was on June 2, 2006.  A superseding indictment was filed today and the defense received discovery from the government yesterday.  The defense needs time to review the discovery and perform necessary investigation.

It is stipulated that the period from June 21, 2006 until July

1

19, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                        Respectfully submitted,
                                        MCGREGOR SCOTT
                                        United States Attorney

DATED: June 15, 2006        /s/ Lawrence Brown
                                        LAWRENCE BROWN
                                        Assistant U. S. Attorney

DATED: June 15, 2006        /s/ Ned Smock
                                        NED SMOCK
                                        Attorney for Defendant
                                        JACQUES CANCIO DELACRUZ

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: June 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2